UNITED STATES of America,
Plaintiff–Appellee,

v.

Eduardo Efrain CHAVEZ,
Defendant–Appellant.

No. 04–41686.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 17, 2005.

James Lee Turner, Assistant U.S. Attorney, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, H. Michael Sokolow, Houston, TX, for Defendant–Appellant.

Before BENAVIDES, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM: *

Eduardo Efrain Chavez appeals his guilty-plea conviction and sentence for pos-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

session of more than 1,000 kilograms of marijuana with intent to distribute, in violation of 21 U.S.C. § 841(a) and (b)(1)(A). He argues that the sentencing provisions of 21 U.S.C. § 841(b) are unconstitutional in light of *Apprendi v. New Jersey,* 530 U.S. 466, 490, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Chavez concedes that his argument is foreclosed by our opinion in *United States v. Slaughter,* 238 F.3d 580, 581–82 (5th Cir.2000). *See United States v. Valenzuela–Quevedo,* 407 F.3d 728, 731 (5th Cir.2005), *petition for cert. filed* (July 25, 2005)(No. 05–5556). He raises the issue only to preserve it for further review. Accordingly, Chavez's argument is foreclosed, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.